**Exhibit A**

Table of Observed Infringements by Defendants of New Sensations Inc's Copyright Reg. No. PA0001703737

| Defendant | Internet Protocol Address (IP) / Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | State / District Court | Protocol / Hash |
|---|---|---|---|---|
| Doe 1 | 151.213.162.13 / 2012-04-04 09:41:01 -0400 | WINDSTREAM COMMUNICATIONS | Florida / Northern District of Florida | BitTorrent / cf985f3eba448a044a643dca6d48cee084fe8691 |
| Doe 2 | 208.8.124.100 / 2012-02-27 05:36:10 -0500 | Sprint | Florida / Northern District of Florida | BitTorrent / cf985f3eba448a044a643dca6d48cee084fe8691 |
| Doe 3 | 68.1.58.168 / 2012-05-13 21:55:16 -0400 | COX COMMUNICATIONS | Florida / Northern District of Florida | BitTorrent / cf985f3eba448a044a643dca6d48cee084fe8691 |
| Doe 4 | 70.168.184.169 / 2012-03-02 00:43:17 -0500 | COX COMMUNICATIONS | Florida / Northern District of Florida | BitTorrent / cf985f3eba448a044a643dca6d48cee084fe8691 |
| Doe 5 | 70.185.121.215 / 2012-05-04 21:59:39 -0400 | COX COMMUNICATIONS | Florida / Northern District of Florida | BitTorrent / cf985f3eba448a044a643dca6d48cee084fe8691 |
| Doe 6 | 70.188.249.109 / 2012-05-08 22:14:50 -0400 | COX COMMUNICATIONS | Florida / Northern District of Florida | BitTorrent / cf985f3eba448a044a643dca6d48cee084fe8691 |
| Doe 7 | 70.191.233.211 / 2012-04-29 21:31:36 -0400 | COX COMMUNICATIONS | Florida / Northern District of Florida | BitTorrent / cf985f3eba448a044a643dca6d48cee084fe8691 |
| Doe 8 | 72.196.104.219 / 2012-05-25 03:37:06 -0400 | COX COMMUNICATIONS | Florida / Northern District of Florida | BitTorrent / cf985f3eba448a044a643dca6d48cee084fe8691 |
| Doe 9 | 75.89.19.42 / 2012-04-04 15:48:51 -0400 | WINDSTREAM COMMUNICATIONS | Florida / Northern District of Florida | BitTorrent / cf985f3eba448a044a643dca6d48cee084fe8691 |
| Doe 10 | 98.180.15.196 / 2012-04-07 01:36:02 -0400 | COX COMMUNICATIONS | Florida / Northern District of Florida | BitTorrent / cf985f3eba448a044a643dca6d48cee084fe8691 |
| Doe 11 | 98.230.36.127 / 2012-02-23 23:34:49 -0500 | Comcast Cable | Florida / Northern District of Florida | BitTorrent / cf985f3eba448a044a643dca6d48cee084fe8691 |